```
 1  Jeffery R. Neubarth, Esq. CSB No. 176212
    Law Offices of Jeffery R. Neubarth, PC
 2  6717 Mission Street, Suite E
    Daly City, CA 94014
 3  Telephone: (650) 758-1300
    Facsimile: (650) 755-0986
 4  Attorney for Petitioner
    Fernando Pabines Paz, and
 5  Beneficiary Joanna Feliza Alarca Paz
 6
```

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FERNANDO PABINES PAZ, | ) Case File No: CV 08 2203 CW |
| Petitioner, | ) Immigration File No: |
| | ) A99-463-513 |
| JOANNA FELIZA ALARCA PAZ, | ) |
| Beneficiary, | ) **PETITION FOR REVIEW** |
| v. | ) |
| MICHAEL MUKASEY, Attorney General, | ) |
| Respondent. | ) |

    Fermando Pabines Paz is the father of Joanna Paz. Although Joanna was born out of wedlock in the Philippines, Fernando established that he is her natural father and that during her minority, a bona fide father-daughter relationship flourished. Accordingly, Fernando petitioned the government to allow his

1

PETITION FOR REVIEW Case No:  CV 08 2203 CW

1  daughter to join him in the United States.  He filed an I-130
2  Visa petition supported with documentation.  However, the
3  government denied the I-130 petition without stating or
4  explaining in what manner the evidence is untrustworthy or
5  unbelievable.  The decision is arbitrary and capricious under its
6  own guidelines.
7      The above-named Petitioner and Beneficiary hereby petition
8  for review by this Court of the final order of the Board of
9  Immigration Appeals entered November 30, 2006, denying
10 Petitioner's I-130 Petition for Alien Relative on behalf of
11 Beneficiary.  A copy of the decision is attached.  The Board of
12 Immigration Appeals denied a motion to reconsider on June 19,
13 2007.
14
15     This petition for review of that Board's ruling was
16 initially filed in the Ninth Circuit Court of Appeals.
17 Jurisdiction was initially asserted pursuant to Section 309( c)
18 of the Illegal Immigration Reform and Immigrant Responsibility
19 Act of 1996 ("IIRIRA") as amended by Section 106 of the REAL ID
20 Act of 2005.
21     Following the filing of the petition, a copy of the
22 certified record of the proceedings in the Board of Immigration
23 Appeals was prepared by the Department of Homeland Security,
24 United States Citizenship Services.  This record is attached.

Thereafter, pursuant to a order on the government's motion to dismiss for lack of jurisdiction because the order challenged was not an order of removal, the Ninth Circuit transferred this matter to the Northern District of California and dismissed the action in the appellate court.  A copy of that order is attached.

To date, no court has upheld the validity of Board of Immigration Appeal's order.

**Jurisdiction**

This is a petition for judicial review of a non-removal order of the Board of Immigration Appeals.  Jurisdiction is asserted pursuant to Administrative Procedure Act 5 U.S.C. sec. 701(a)(2); *Spencer Enterprises, Inc., vs. United States*, 345 F.3d 683 (9th Cir. 2003).

**Intradistrict Assignment.**

Pursuant to Local Rule 3-2( c) venue is proper in this Division because Petitioner resides in the County of San Mateo, all the witnesses are present herein

Dated: April 29, 2008

        Respectfully submitted,

_____
Jeffery R. Neubarth, Esq.
Attorney for Petitioner
Fernando Pabines Paz, and
Beneficiary Joanna Feliza Alarca Paz

4

PETITION FOR REVIEW Case No:   CV 08 2203 CW

PROOF OF SERVICE

STATE OF CALIFORNIA      )
COUNTY OF SAN MATEO      )

    I am a resident of the County of San Mateo, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 6717 Mission Street, Suite E, Daly City, CA 94014.

    On April 29, 2008, I served the following: (1) Petition for Review on the interested parties by placing a true copy of the above-described document(s) in an envelope and serving them my mail by depositing the envelope, postage fully prepaid, with the United States Postal Service or placed the envelope for collection and processing for mailing following this business's ordinary practice with which I am readily familiar.  On the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal service. I am aware that service is presumed invalid if postal cancellation date or postage meter date is more than one business day after date of deposit for mailing in affidavit.

Michael Mukasey
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0001

Thomas W. Hussey, Director
Office of Immigration Litigation
U.S. Department of Justice / Civil Division
Washington, D.C. 20004

Field Office Director
USCIS California Service Center/CSC
24000 Avila Road, Div. VII/CRU
Laguna Niguel, CA 92677

    I declare and certify under penalty of perjury of the laws of the State of California and the United States of America that the foregoing is true and correct, dated this 29th day of April, 2008, at Daly City, California.

_____
Jeffery R. Neubarth

PETITION FOR REVIEW Case No:  CV 08 2203 CW