1   Jeffery R. Neubarth, Esq. CSB No. 176212
    Law Offices of Jeffery R. Neubarth, PC
2   6717 Mission Street, Suite E
    Daly City, CA 94014
3   Telephone: (650) 758-1300
    Facsimile: (650) 755-0986
4   Attorney for Petitioner
5   Fernando Pabines Paz, and
    Beneficiary Joanna Feliza Alarca Paz

6

7

8                  **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10              CV  08          2203

11

    FERNANDO PABINES PAZ,              ) Case File No:
12                                     )                      CW
                     Petitioner,       ) Immigration File No:
13                                     ) A99-463-513
                                       )
14  JOANNA FELIZA ALARCA PAZ,          )
                                       ) **MEMORANDUM OF POINTS AND**
15                   Beneficiary,      ) **AUTHORITIES IN SUPPORT OF**
    v.                                 ) **PETITION FOR REVIEW**
16                                     )
    MICHAEL MUKASEY, Attorney          )
17  General,                           )
                     Respondent.       )
18                                     )
                                       )
19  _____   )

20

21  **I.   INTRODUCTION AND JURISDICTION.**

22      Fernando Pabines Paz, Petitioner, is the father of Joanna

23  Paz, his natural daughter born out of wedlock.  The biological

24  relationship is not disputed by the government.  Petitioner's I-

25  130 immigration petition filed on behalf of Joanna was denied on

26

27                              1

28  _____

the grounds that the evidence establishing a bona fide

relationship was not sufficient.   The vexing problem for Fernando

and Joanna is that, in a Kafka-esque way, the United States

Citizenship and Immigration Services ("USCIS") has not made clear

where the evidence was deficient or inadmissible.   Petitioner

contends the documentary evidence is sufficient as determined by

the USCIS's guidelines.   The USCIS has exercised its discretion

in a thoroughly arbitrary and capricious way.

This Petition for judicial review is the only recourse left

for Petitioner and his daughter, who has aged out of her category

and is no longer eligible to be petitioned by her father.

Jurisdiction is asserted pursuant to *Administrative*

*Procedure Act* 5 U.S.C. sec. 701(a)(2); *Spencer Enterprises, Inc.,*

*vs. United States*, 345 F.3d 683 (9th Cir. 2003) (original

district court review of a denial of an I-526 visa petition).

*Spencer*, at 688, states:

> "A.  *The Administrative Procedure Act*
>
> The Administrative Procedure Act
> ("APA"), which generally provides the
> standards of review for agency action, also
> withdraws jurisdiction to review agency
> decisions that are "committed to agency
> discretion by law." 5 U.S.C. § 701(a)(2). The
> Supreme Court has held that this provision
> applies only where "the statute is drawn so
> that a court would have no meaningful
> standard against which to judge the agency's
> exercise of discretion," *Heckler v. Chaney*,
> 470 U.S. 821, 830, 105 S.Ct. 1649, 84 L.Ed.2d
> 714 (1985), and has emphasized that such a

2

1    situation only occurs in "rare instances."
     Id. (internal quotation marks omitted). **Even**
2    **where statutory language grants an agency**
     **"unfettered discretion," its decision may**
3    **nonetheless be reviewed if regulations or**
     **agency practice provide a " 'meaningful**
4    **standard' by which this court may review its**
     **exercise of discretion.**" *Socop-Gonzalez v.*
5    *INS*, 208 F.3d 838, 844 (9th Cir.2000)."
     (Emphasis added)
6

7    The USCIS has adopted its own practice manual setting forth

8    guiding regulations to determine whether a bona fide relationship

9    between a father and child born out of wedlock exists.  As set

10   forth *infra*, Petitioner submitted evidence that, had the USCIS

11   properly exercised discretion, the government should have found

12   that such a bona fide father-child relationship existed between

13   Petitioner and Joanna.

14
     The USCIS has provided a Certified Record.  However, the
15
     Record was not bates stamped paginated.  Citations to the Record
16
     are made through the use of Exhibit Tabs which indicate either
17
     individual documents, or, for Exhibits "G" through "Gx", a range
18
     of documents.
19

20

21

22

23   ///

24

25

26

27                                3

28   ─────────────────────────────────────────────
     MEMORANDUM IN SUPPORT OF PETITION Case No:

II. **UNDER THE REGULATIONS AND AGENCY PRACTICE OF THE UNITED SATES CITIZENSHIP AND IMMIGRATION SERVICE, A BONA FIDE FATHER-CHILD RELATIONSHIP SHOULD HAVE BEEN FOUND IF THE GOVERNMENT HAD PROPERLY EXERCISED ITS DISCRETION.**

As noted above, the government concedes the biological relationship between Fernando and Joanna. As the relationship was not "legitimized" under law the issue narrows to whether Fernando submitted sufficient evidence under USCIS guidelines to establish a bona fide parent-child relationship.

The USCIS's law and service policies regarding factors to determine the bona fides of a relationship are set forth in the *Adjudicator's Field Manual ("AFM") Chapter 21.4 - Petition for Child*:

> "(4) Child Born out of Wedlock (Formerly Referred to as "Illegitimate Child"). See 8 CFR 204.2(d)(2)(iii) for information regarding primary evidence for a child, son or daughter born out of wedlock. …
>
> (B) Petition by Natural Father for a Child Born Out of Wedlock. Section 101(b)(1)(D) of the Act was amended to enable the natural father of a child born out of wedlock to petition for that child, if the father has or had a bona fide parent- child relationship with the child. A bona fide parent-child relationship is established when the father has or had evinced an active concern for the child's support, instruction and general welfare. The parent-child relationship must be established while the child is unmarried and under twenty-one (21) years of age. .. ."

4

1    8 *Code of Federal Regulations* 204.2(d)(2)(iii), referred to

2    in the AFM, provides:

3        "(iii) Primary evidence for an
4        illegitimate child or son or daughter. ... If
         the petition is submitted by the supported
5        father of a child or son or daughter born out
         of wedlock, the father must show that he is
6        the natural father and that a bona fide
         parent-child relationship was established
7        when the child or son or daughter was
         unmarried and under twenty-one years of age.
8        **Such a relationship will be deemed to exist**
         **or to have existed where the father**
9        **demonstrates or has demonstrated an active**
         **concern for the child's support, instruction,**
10       **and general welfare.** Primary evidence to
         establish that the petitioner is the child's
11       natural father is the beneficiary's birth
         certificate, issued by civil authorities and
12       showing the father's name. ... Evidence of a
         parent/child relationship should establish
13       more than merely a biological relationship.
         Emotional and/or financial ties or a genuine
14       concern and interest by the father for the
         child's support, instruction, and general
15       welfare must be shown. There should be
         evidence that the father and child actually
16       lived together or that the father held the
         child out as being his own, that he provided
17       for some or all of the child's needs, or that
         in general the father's behavior evidenced a
18       genuine concern for the child. The most
         persuasive evidence for establishing a bona
19       fide parent/child relationship and financial
         responsibility by the father is documentary
20       evidence which was contemporaneous with the
         events in question. Such evidence may
21       include, but is not limited to: money order
         receipts or cancelled checks showing the
22       father's financial support of the
         beneficiary; the father's income tax returns;
23       the father's medical or insurance records
         which include the beneficiary as a dependent;
24       school records for the beneficiary;
         correspondence between the parties; or

25

26

27                              5

28    ─────────────────────────────────────────

> notarized affidavits of friends, neighbors,
> school officials, or other associates
> knowledgeable about the relationship."
> (Emphasis added)

Documentary evidence was submitted that should have been considered as establishing that Fernando enjoyed a bona fide parent-child relationship with his daughter: the evidence shows that Fernando publically acknowledged Joanna as his daughter, in civil and in Church life, received her into his family, shared custody of her with her mother, and at no time was deprived of his parental rights.

In spite of this evidence, the government simply said "no" without any rebuttal evidence, challenge to either the weight or admissibility of the evidence, or even reference to **specific** AFM or CFR factors.

Included in the *Certified Record* are the following Exhibits:

Exhibit "A". Copy of Certificate of Live Birth of Joanna, stating that Fernando is the father.  This establishes the requirement that Fernando be the natural father of Joanna.

Exhibit "B-1". Original Baptism Certificate (Remembrance of Baptism), Parokya Ng Mahal Na Sta. Cruz, Tanza, Cavite certifying that Joanna is the daughter of Fernando.  Infant baptism in the Roman Catholic Church is considered a holy sacrament and is the subject of Canon (Church) Law. This document establishes that Fernando has holding Joanna out as his own, and had done so from

6

1  the earliest time(Joanna was three months old when she was

2  baptized). For an unwed father to appear on a baptismal

3  certificate, he must publicly acknowledge paternity. In

4  particular, Canon Law, CHAPTER V : PROOF AND REGISTRATION OF

5  BAPTISM, Can. 877,

> "§2 In the case of a child of an unmarried
> mother, the mother's name is to be entered if
> her maternity is publicly known or if, either
> in writing or before two witnesses, she
> freely asks that this be done. Similarly, the
> name of the father is to be entered, if his
> paternity is established either by some
> public document or by his own declaration in
> the presence of the parish priest and two
> witnesses. In all other cases, the name of
> the baptized person is to be registered,
> without any indication of the name of the
> father or of the parents."

14  A copy of this Canon is part of the Record as  Exhibit "B-2".

15     Exhibit "C". Copies of St. Augustine School, Tanza Cavite

16  including grades and transcripts of records listing Fernando as

17  Parent.  This "demonstrates … [Fernando's] active concern for

18  [Joanna's] … instruction, and general welfare" under the CFR.

19  This is direct evidence of his ongoing concern for her education

20  and general welfare as she was growing up.

21     Exhibit "D". Copies of Western Union money transfers from

22  Far East Bank and Banco De Oro.  This demonstrates Fernando's

23  active financial support for Joanna and is considered additional

24  direct evidence under the Code of Federal Regulations.

7

Exhibit "E".  Copy of Certificate of Travel Abroad, demonstrating that Fernando has made a consistent effort to maintain and nurture his relationship with Joanna.

Exhibit "F".  Copies of Joint Affidavit. These documents establish that Fernando has always, throughout Joanna's life, provided financial support, and that in fact Joanna is dependent on Fernando's support.

Exhibits "G" through "Gx".  This is a range of copies of personal correspondence between Petitioner and his daughter consisting of some thirty documents: birthday cards to Joanna, a card for Joanna's graduation, letters from Fernando addressed to "Dearest Joanna" and ending "Much Love, Daddy" or "Lots of Love, Daddy"; a Father's Day card from Joanna to Fernando signed "Love Lots, Joanna", numerous family photographs showing Fernando and Joanna together at various stages of her life from infant to teenager.

This was not enough, although the reasons why it was not sufficient under the CRF and AFM guidelines is not explained although it makes at the very least a prima facie case.

Evidence for this is both substantial in probative value and voluminous – but is simply repeatedly dismissed as "insufficient" with the written equivalent of a hand wave.

8

**III. CONCLUSION:**

The evidence set forth by Fernando clearly demonstrates more than a merely biological relationship. Fernando demonstrates significant emotional and financial ties and a genuine concern for his child's support. The original I-130 application should have been granted, and the USCIS's exercise in discretion is an abuse that should be corrected here. Fernando and Joanna respectfully request that the erroneous decision be made right and that a writ of mandamus issue directing that the petition be granted.

Dated: April 25, 2008

Respectfully submitted,


_____
Jeffery R. Neubarth, Esq.
Attorney for Petitioner
Fernando Pabines Paz, and
Beneficiary Joanna Feliza Alarca Paz

9

MEMORANDUM IN SUPPORT OF PETITION Case No:

PROOF OF SERVICE

1

2  STATE OF CALIFORNIA        )
   COUNTY OF SAN MATEO        )
3

4      I am a resident of the County of San Mateo, State of
   California.  I am over the age of 18 and not a party to the
5  within action.  My business address is 6717 Mission Street, Suite
   E, Daly City, CA 94014.
6

7      On April 25, 2008, I served the following: (1) Petition for
   Review on the interested parties by placing a true copy of the
8  above-described document(s) in an envelope and serving them
   my mail by depositing the envelope, postage fully prepaid, with
9  the United States Postal Service or placed the envelope for
   collection and processing for mailing following this business's
10 ordinary practice with which I am readily familiar.  On the same
   day correspondence is placed for collection and mailing, it is
11 deposited in the ordinary course of business with the United
   States Postal service. I am aware that service is presumed
12 invalid if postal cancellation date or postage meter date is more
   than one business day after date of deposit for mailing in
13 affidavit.

14 Michael Mukasey
   Attorney General
15 U.S. Department of Justice
   950 Pennsylvania Avenue NW
16 Washington, DC 20530-0001

17 Thomas W. Hussey, Director
   Office of Immigration Litigation
18 U.S. Department of Justice / Civil Division
   Washington, D.C. 20004
19

20 Field Office Director
   USCIS California Service Center/CSC
21 24000 Avila Road, Div. VII/CRU
   Laguna Niguel, CA 92677
22

23     I declare and certify under penalty of perjury of the laws
   of the State of California and the United States of America that
24 the foregoing is true and correct, dated this 25th day of April,
   2008, at Daly City, California.
25
                                   _____
26                                 Jeffery R. Neubarth

27                                      10

28 _____
                MEMORANDUM IN SUPPORT OF PETITION Case No:

Exhibit A

Recycled    Stock # EXA-10-B

MUNICIPAL FORM No. 102—(Revised Dec. 1, 1958)

(TO BE ACCOMPLISHED IN DUPLICATE)

## REPUBLIC OF THE PHILIPPINES

# CERTIFICATE OF LIVE BIRTH

(FILL OUT COMPLETELY, ACCURATELY, LEGIBLY IN INK OR TYPEWRITER)

Register Number:

(a) Civil Registrar-General No. 674 (H-83)

Province: CAVITE

City of Municipality: Trece Martires

(b) Local Civil Registrar No. 674 (H-83)

| | |
|---|---|
| 1. PLACE OF BIRTH | 2. USUAL RESIDENCE OF MOTHER (Where does mother live) |
| a. PROVINCE  CAVITE | a. PROVINCE  CAVITE  2122K |
| b. CITY OR MUNICIPALITY  Trece Martires | b. CITY OR MUNICIPALITY  Tanza  2120F |
| c. NAME OF HOSPITAL OR INSTITUTION (If not in hospital, give street address)  Andres Bonifacio Mem. Hospital | c. NUMBER AND STREET  San Jose St. |
| d. IS PLACE OF BIRTH INSIDE CITY LIMITS?  YES ☒  No ☐ | d. IS RESIDENCE INSIDE CITY LIMITS?  YES ☐  No ☐   e. IS RESIDENCE ON A FARM?  YES ☐  No ☒ |

**CHILD**

| 3. NAME (Type or print) | First JOANNA FELISA | Middle ALARCA | Last PAZ  08 |
|---|---|---|---|
| 4. SEX  F | 5a. THIS BIRTH  SINGLE ☒ TWIN ☐ TRIPLET ☐ | 5b. IF TWIN OR TRIPLET, WAS CHILD  1ST ☐  2ND ☐  3RD ☐ | 6. DATE OF BIRTH  Month Aug.  Day 8  Year 1983  08 |

**FATHER**

| 7. NAME  First Fernando | Middle Pacines | Last Paz | RELIGION  R. Cath. | 8. NATIONALITY  Fil. | 8a. RACE  Brown  83 |
|---|---|---|---|---|---|
| 9. AGE (At time of this birth)  Years 33 | 10. BIRTHPLACE  Novaliches, Quezon City | | 11a. USUAL OCCUPATION  Driver | | 11b. KIND OF BUSINESS OR INDUSTRY  1 |

**MOTHER**

| 12. MAIDEN NAME  First Josefina | Middle Arcilla | Last Alarca | RELIGION  R. Cath. | 13. NATIONALITY  Fil. | 13a. RACE  Brown  33 |
|---|---|---|---|---|---|
| 14. AGE (At time of this birth)  Years 27 | 15. BIRTHPLACE  Tanza, Cavite | | 16. PREVIOUS DELIVERIES TO MOTHER  (Do not include this birth)  985 | | |
| 17a. INFORMANT'S SIGNATURE  Josefina A. Paz | | | a. How many children are now living?  0 | b. How many other children were born alive but are now dead?  0 | c. How many fetal deaths (fetuses born dead any time after conception)?  037 |
| b. NAME IN PRINT:  JOSEFINA A. PAZ | | | | | |
| c. ADDRESS  San Jose, Tanza, Cavite | | | | | |
| 18. MOTHER'S MAILING ADDRESS: (Number, Street, City or Municipality, Province)  San Jose, Tanza, Cavite | | | | | |

**ATTENDANT AT BIRTH**

| 19. | d. DATE SIGNED BY ATTENDANT AT BIRTH: |
|---|---|
| I HEREBY CERTIFY that I attended the birth of this child who was born alive at 11:40 o'clock A on the date above indicated. | e. TITLE OF ATTENDANT AT BIRTH: |
| a. SIGNATURE: | ☒ M. D.   ☐ MIDWIFE |
| b. NAME IN PRINT:  ROELABETH DE LEON, M.D. | ☐ NURSE   ☐ OTHERS (Specify) |
| c. ADDRESS  Andres Bonifacio Mem. Hospital | 21. a. GIVEN NAME ADDED FROM SUPPLEMENTAL REPORT:  39 |
| 20. RECEIVED IN THE OFFICE OF THE LOCAL CIVIL REGISTRAR BY: | |
| a. SIGNATURE: | |
| b. NAME IN PRINT:  JOSEFINO O. DIOKNO | b. DATE WHEN GIVEN NAME WAS SUPPLIED:  05 |
| c. TITLE OR POSITION:  CIVIL REGISTRY OFFICER | |
| d. DATE:  8/15/83 | |

| 22a. LENGTH OF PREGNANCY  39-40 COMPLETED WEEKS. | 22b. WEIGHT AT BIRTH  2.7 kgs.  Lbs.  Oz. | 23. LEGITIMATE  ☐ No  ☒ Yes |
|---|---|---|
| 24. DATE AND PLACE OF MARRIAGE OF PARENTS (For legitimate birth)  April 26 1982  (Month) (Date) (Year) | | 25. THIS CERTIFICATE IS PREPARED BY:  SIGNATURE:  NAME IN PRINT:  CERLITA B. HUERTO  TITLE OR POSITION:  Reg. Midwife  DATE:  8-8-83 |
| City or Municipality  Tanza  Province  Cavite | | |

18—200    (SPACE FOR MEDICAL AND HEALTH ITEMS FOR SPECIAL PURPOSES)    2360

Municipal Form No. ___ (Revised Jan. 1, 19__)    TO BE ACCOMPLISHED IN DUPLICATE

**REPUBLIC OF THE PHILIPPINES**

# CERTIFICATE OF LIVE BIRTH
(FILL OUT COMPLETELY, ACCURATELY, LEGIBLY IN INK OR TYPEWRITER)

Registry Number: ___

Province: CAVITE

Municipality: Trece Martires

(a) Civil Registrar-General No. 67((1)85)
(b) Local Civil Registrar No. ___

Place of Birth:
Province: CAVITE
City or Municipality: Trece Martires
Name of Hospital or Institution: Andres Bonifacio Mem. Hospital

1. NAME: JOANNA FELISA    ALERTA    PAZ

5. SEX: F    6a. THIS BIRTH    Date of Birth: Aug. 8 1983

7. NAME (Father): Fernando Pabines Paz    Nationality: Fil.

10a. AGE (at time of this birth): 35    10b. Birthplace: Novaliches, Quezon City    Occupation: Driver

8. MAIDEN NAME (Mother): Josefina Arelita Alarca    Nationality: Fil.

11a. AGE (at time of this birth): 27    11b. Birthplace: Tanza, Cavite

13. MOTHER'S MAILING ADDRESS: San Jose, Tanza, Cavite

JOSEFINA A. PAZ
San Jose, Tanza, Cavite

Attendant at Birth: Physician

JOSEFINO U. DIOKNO
CIVIL REGISTRY OFFICER

MERLITA B. HILARIO
Reg. Midwife

April 26 1982
Tanza, Cavite

2380

02333-C0-144RCL-00188-BI001
BEST POSSIBLE IMAGE

02122-A03R8027-6



CARMELITA N. ERICTA
Administrator and Civil Registrar General
National Statistics Office



Exhibit B

Recycled    Stock # EXA-10-B



ALA-ALA
NG
BINYAG
(REMEMBRANCE
OF BAPTISM)

Mario Unico
Marite Gregorio

# PAROKYA NG MAHAL
# NA STA. CRUZ
### Tanza, Cavite

Araw ng Binyag: November 6, 19 83
DATE OF BAPTISM:

Ngalan ng Bata: Joana Felisa Paz
CHILD'S NAME

Araw ng Kapanganakan: August 8, 19 83
DATE OF BIRTH:

Kasal sa: (Cat.-Civ.-Prot.-Agli.-Igl.-Nat.)
MARRIED

Ngalan ng Ama: Fernando Paz
FATHER'S NAME

Tubo sa: Novaliches, Quezon City
BORN IN

Ngalan ng Ina: Josefina Warca
MOTHER'S NAME

Tubo sa: Tanza, Cavite
BORN IN

Naninirahan sila sa: Tanza, Cavite
THEIR PRESENT RESIDENCE

Ngalan ng Ninong Aruel Warca    Ngalan ng Ninang Ma. Remedios Pimentel
SPONSOR                          SPONSOR

Taga Tanza                       Taga San Pedro, Laguna
FROM                             FROM
Merle Larios

Rev. Fr. Luciano R. Jagurtegan
Kura Paroko — PARISH PRIEST

CHAPTER V : PROOF AND REGISTRATION OF BAPTISM

Can. 877 ...

§2 In the case of a child of an unmarried mother, the mother's name is to be entered if her maternity is publicly known or if, either in writing or before two witnesses, she freely asks that this be done. Similarly, the name of the father is to be entered, if his paternity is established either by some public document or by his own declaration in the presence of the parish priest and two witnesses. In all other cases, the name of the baptized person is to be registered, without any indication of the name of the father or of the parents.

Exhibit C

Legal Tabs Co. 1-800-322-3022

Recycled    Stock # EXA-10-B



# Saint Augustine School
**TANZA, CAVITE**

# TRANSCRIPT OF RECORDS

Name: **PAZ**    **JOANNA FELISA**    **A.**    Date of birth: **August 8, 1983**

   last name        first name       middle initial

Place of birth: Province **CAVITE** Town **TRECE MARTIRES CITY**

Parent or guardian **FERNANDO P. PAZ** Address **TANZA CAVITE**

Elementary course completed **TANZA ELEM.SCHOOL** Grade **VI** Year **1996** Ge AVE **82.75**

### Classified as FIRST YEAR — 1996 - 1997
School : SAINT AUGUSTINE SCHOOL

| Subject | AVERAGE | Action Taken | Unit |
|---|---|---|---|
| Com. Arts I (Eng.)   (PHIL. LIT.) | 79.24 | - passed - | 1.00 |
| Com. Arts I (Fil.)   ( BALARILA) | 82.45 | - passed - | 1.00 |
| Social Studies I   (PHIL. HISTORY) | 83.86 | - passed - | 1.00 |
| Science & Tech. I   (GEN. SC.) | 82.03 | - passed - | 2.00 |
| Math I (   GEN. MATH   ) | 75.00 | - passed - | 1.00 |
| Tech. & Home Eco. I | 88.71 | - passed - | 2.00 |
| P.E.H.M. I | 85.54 | - passed - | 1.00 |
| Values Education I | 83.37 | - passed - | 1.00 |
| Elective | 82.45 | - passed - | |
| Homeroom | 88.00 | - passed - | |
| Conduct | 87.88 | - passed - | |

Total days of school   : _____  Total units earned **10.00**
Total days of present   : _____

### Classified as SECOND YEAR — 1997 1998
School : SAINT AUGUSTINE SCHOOL

| Subject | AVERAGE | Action Taken | Unit |
|---|---|---|---|
| Com. Arts II (Eng.)   ( ASIAN LIT.) | 80.68 | - passed - | 1.00 |
| Com. Arts II (Fil.)   (BALARILA) | 84.90 | - passed - | 1.00 |
| Social Studies II   (ASIAN HISTORY | 80.14 | - passed - | 1.00 |
| Science & Tech. II   (BIOLOGY) | 85.51 | - passed - | 2.00 |
| Math II   ( ELEM. ALGEBRA) | 76.92 | - passed - | 1.00 |
| Tech. & Home Eco. II | 84.23 | - passed - | 2.00 |
| P.E.H.M. II | 84.69 | - passed - | 1.00 |
| Values Education II | 87.65 | - passed - | 1.00 |
| Elective/Computer | 83.92 | - passed - | |
| Homeroom | 90.00 | - passed - | |
| Conduct | 83.92 | - passed - | |

Total days of school   : _____  Total units earned **10.00**
Total days of present   : _____

#

### Classified as THIRD YEAR — 1998 1999
School : SAINT AUGUSTINE SCHOOL

| Subject | AVERAGE | Action Taken | Unit |
|---|---|---|---|
| Com. Arts III (Eng.)   (ENG. LIT) | 79.08 | passed | 1.00 |
| Com. Arts III (Fil.)   (PANITIKA | 84.37 | passed | 1.00 |
| Social Studies III   (WORLD HIS | 81.85 | passed | 1.00 |
| Science & Tech. III   (CHEM.) | 81.88 | passed | 2.00 |
| Math III   (GEOMETRY) | 75.00 | passed | 1.00 |
| Tech. & Home Eco. III/Comp | 81.63 | passed | 2.00 |
| P.E.H.M. III | 87.39 | passed | 1.00 |
| Values Education III/Ele | 86.79 | passed | 1.00 |
| Elective/Expository Writing | 78.34 | passed | |
| Homeroom | 93.88 | passed | 0.20 |
| Conduct | 85.90 | passed | |
| Computer | 78.85 | - passed - | |

Total days of school   : _____  Total units earned **10.20**
Total days of present   : _____

### Classified as FOURTH YEAR — School Year 1999 2000
School : SAINT AUGUSTINE SCHOOL

| Subject | AVERAGE | Action Taken | Unit |
|---|---|---|---|
| Com. Arts IV (Eng.)   ( WORLD LIT | 84.04 | passed | 1.00 |
| Com. Arts IV (Fil.)   (PANITIKAN) | 82.04 | passed | 1.00 |
| Social Studies IV  ( ECONOMICS) | 81.75 | passed | 1.00 |
| Science & Tech. IV   (PHYSICS) | 79.10 | passed | 2.00 |
| Math IV   ( ADVANCE ALGEBRA) | 83.14 | passed | 1.00 |
| Tech. & Home Eco. IV | 87.51 | passed | 2.00 |
| P.E.H.M. IV | 86.81 | passed | 1.00 |
| Values Education IV | 83.27 | passed | 1.00 |
| Elective/Trigonometry | 85.00 | passed | |
| Homeroom | 90.28 | passed | 0.20 |

Total days of school   : _____  Total units earned **10.20**
Total days of present   : _____

### SUMMARY OF TOTAL UNITS EARNED

| | |
|---|---|
| Com. Arts (Eng.) | 4.00 |
| Com. Arts (Fil.) | 4.00 |
| Social Studies | 4.00 |
| Science & Tech. | 8.00 |
| Mathematics | 4.00 |
| Tech. & Home Eco. | 8.00 |
| P.E.Health Music | 4.00 |

I certify that this is a true correct record of
**JOANNA FELISA  A.  PAZ**
This student is eligible on  **March 31, 2000**
for admission to    **COLLEGE**
and has no money or property responsibility in this school.

Revised SAS Form No. 01
(1987)

# SAINT AUGUSTINE SCHOOL

Tanza, Cavite, Philippines

No. _____

### OFFICE OF THE PRINCIPAL

Name _____ (Middle) _____  ☐ Old Student   ☐ New Student
(Print)   (Surname)   (First)         Sex
Gr./Yr. & Section _____ SY 19___ 19___   Date of Registration _____

### S C H O O L   F E E S

| | |
|---|---|
| Registration _____ | P _____ |
| Tuition _____ | |
| Library _____ | |
| Athletic _____ | |
| Medical & Dental _____ | |
| Laboratory _____ | |
| Guidance _____ | |
| Late Registration _____ | |
| TOTAL _____ | P _____ |

APPROVED:

Assessor's Initial _____   O. R. No. _____
Cashier's Initial _____   Date _____   Amt. Paid _____
(Copy for Student) (NOT VALID WITHOUT SIGNATURE OF THE PRINCIPAL)          PRINCIPAL

---

(Student & Parent Copy)

# SAINT AUGUSTINE SCHOOL

Tanza, Cavite, Philippines

96-0115

Name   PAZ   JOANNAFELISA   A          F      First Yr. Industry    96-97
(Print)   (Surname)   (First)   (Middle)      Sex     Gr./Yr & Section      School Year

| MONTHS | O.R. NO. | DATE PAID | AMT. PAID | DEBIT | CREDIT | BALANCE | CASHIER'S INITIAL | REMARKS |
|---|---|---|---|---|---|---|---|---|
| | 44563 | | 800.23 | | | 50 | | |
| July | 41464 | | 101.44 | | | 50 | | |
| Sept | | | 101.44 | | Comp | 50 | | |
| Nov | 45268 | | 101.44 | | | 50 | | |
| Dec Jan | 45978 | 1897 | 340.48 | | Jan 50 | | | |
| Feb-Mar | 46706 | 2119? | 680.96 | | Feb-Mar 150 | | | |

*Present this card to the cashier every time you pay.

(Not valid without signature of the Principal.)

APPROVED _____
PRINCIPAL

PUNA NG TAGAPAYO
(Comments of Adviser)

Unang Ulat (First Grading): Sikaping Ngit na mapaunlad at mapataas ang mga marka.

Ikalawang Ulat (Second Grading): Magkaroon ng kanais-nais na gawi sa pag-aaral upang umunlad ang mga marka

Ikatlong Ulat (Third Grading): ____

Ikaapat na Ulat (Fourth Grading): Hangad ko ang iyong tagumpay. aefisamea

MGA PUNA AT LAGDA NG MAGULANG
(Comments and Signature of Parent)

Unang Ulat (First Grading): [signature]

Ikalawang Ulat (Second Grading): [signature] Paz

Ikatlong Ulat (Third Grading): [signature] Paz

Ikaapat na Ulat (Fourth Grading): ____

Ms. A. C. Lisama
Adviser

PAGPAPAWALANG - BISA SA KARAPATANG LUMIPAT
(Certificate of Transfer)

Tinanggap sa (Admitted to) ____

Petsa (Date) ____

UNONG-GURO
Principal

---

39

Republika ng Pilipinas
(Republic of the Philippines)
Kagawaran ng Edukasyon, Kultura at Palakasan
(Department of Education, Culture and Sports)

ENROLLED

# SAINT AUGUSTINE SCHOOL
Tanza, Cavite

ULAT TUNGKOL SA PAG-UNLAD
(Progress Report Card)

PANGALAN (Name): Paz, Joana Felisa A.
KASARIAN (Sex): Babae
TIRAHAN (Address): San Jose St. Tanza, Cavite
KURIKULUM (Curriculum): NSEC
GULANG (Age): 15
TAON AT PANGKAT (Year and Section): III - Charity
TAONG PANURUAN (School Year): 19 98 - 19 99

Form No. 138
(Revised 1989)

| MGA ASIGNATURA (Subjects) | MARKAHAN (Grading Period) | | | | Huling Marka (Final Rating) | Yunit (Unit) | Pagpapasiya (Action Taken) |
|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | | | |
| Ingles (English) | 79.32 | 75.52 | 79.36 | 79.08 | 79.08 | 1 | Pasa |
| Filipino (Filipino) | 85.50 | 80.50 | 81.73 | 84.32 | 84.32 | 1 | Pasa |
| Araling Panlipunan (Social Studies) | 78.12 | 82.16 | 79.90 | 81.85 | 81.85 | 1 | Pasa |
| Agham at Teknolohiya (Science & Technology) | 77.15 | 80.12 | 80.26 | 81.88 | 81.88 | 2 | Pasa |
| Matematika (Mathematics) | 75 | 75 | 75 | 75 | 75 | 1 | Pasa |
| Teknolohiya at Karunungang Pantahanan (Technology & Home Economics) | 78.57 | 75 | 77.50 | 81.43 | 81.43 | 2 | Pasa |
| Edukasyong Pangkatawan, Kalusugan at Musika (Physical Educ., Health & Music) | 77.15 | 84.42 | 85.46 | 87.39 | 87.39 | 1 | Pasa |
| Pagsasanay Pangmakabayan (Citizens Army Training) | | | | | | | |
| Sariling Pili (Elective) | | | | | | | |
| Sariling Pili (Elective) EKPO | 79.10 | 80.69 | 76.03 | 78.84 | 78.84 | | |
| Edukasyon sa Pagpapahalaga (Values Education / GMRC) | 85.02 | 84.15 | 85.75 | 86.79 | 86.79 | 1 | Pasa |
| Kagandahang Asal (Conduct) | 83.40 | 84.40 | 86 | 85.90 | 85.90 | | |
| Patnubay Pangsilid-Aralan (Homeroom) | 89.60 | 89.20 | 91.16 | 93.80 | 93.84 | 0.2 | Pasa |
| Computer | 80.5 | 82.23 | 84.34 | 78.85 | 78.85 | 10.2 | |

Balangkas na Pagmamarka: (Grading System) Averaging      82.37 Olgrupo

| | Hunyo | Hulyo | Agosto | Set. | Okt. | Nob. | Dis. | Enero | Peb. | Marso | Abril | Kabuuan (Total) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mga Araw na may pasok (No. of days) | 21 | 23 | 26 | 22 | 22 | 20 | 14 | 20 | 20 | 23 | | 225 |
| Mga Araw na ipinasok (Attendance) | 21 | 23 | 20 | 22 | 20 | 19 | 13 | 20 | 19 | 23 | | 200 |
| Mga Araw na nahuli (Times Tardy) | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 0 | 0 | 0 | | 5 |

Karapat-dapat na llipat at tanggapin sa
(Eligible for Transfer to) ___ ikaapat na taon

May paunang Yunit sa
(Advance Unit in) ___

Kulang ng Yunit sa
(Lack Unit in) ___

Yunit na Opsyonal sa
(Optional Units in) ___

Petsa
(Date) 4-4-99

Punong-guro/Tagatala
Principal/Registrar

Exhibit D

Recycled    Stock # EXA-10-B

| BANCO DE ORO *Bacoor* U N I B A N K *Sun City* BRANCH | REMITTANCE PAYMENT SLIP INSTITUTION: *Unitelter* | DATE: 06/02/0 Serial No. 7800 |
|---|---|---|

| CLIENT'S USE ONLY | | PAYING BRANCH USE ONLY |
|---|---|---|
| FOLIO/PIN. NO. | 4280 402775 | ☑ CASH (Validate at the back) ☐ Credit to CA/SA No. |

| | REMITTER | BENEFICIARY | |
|---|---|---|---|
| Name | FERNANDO PAZ | JOANNA FELISA PAZ | Approved for Payt.-BC |
| Address | Vallejo, California | 102 B San Jose St Tanza, Cavite | Processed By: NAT |

ACKNOWLEDGEMENT OF PAYMENT

| Telephone No. | | |
|---|---|---|
| Name of Representative | | 5051809 |
| Amount of Remittance | PHP $ 200 | |
| ID Presented | ST AUGUSTINE SCHOOL # 1814 | |
| Signature of Beneficiary/Representative: | *Joannafelisapaz* | |
| Signature Verified By: | | |

Received from BDO, authorized paying agent of UniFil, the full amount of P 81,170 on the date stated above.

Signature of Beneficiary/Rep.

| BRAD OSU-PAYMENT & COLLECTION SECTION USE ONLY | |
|---|---|
| ☐ Approved Authorization Code: _____ | ☐ Disapproved Error Message: _____ |
| Confirmed By: | Approved By: |

NOTE: Please check validation at the back of this slip

REV 0999A

Client

GEN-23

ORDER OF PAYMENT NO. 1899113    45297

Far East Bank and Trust Company
MONEY TRANSFER SERVICE

| Field | |
|---|---|
| Payee: | Joann Caliph pet |
| Address: | 102 garcia Street |
| | Lanza Civic Pasay |
| Tel. No.: | 503-3009 |
| Sender: | Fernando pez |

Authorization No.
Date: 07/12/00
Service Branch: pasig city
Amount Requested: $ 1,156.00
Exchange Rate:
Amount in PHP: 56,554.92

CASH VALIDATION:

07/12-00   12:35:40
195   PYOT 0001

CM VALIDATION:

Date: 15/12/00
07/12/00
56554.92

PREPARED BY:
Received By: Joanna Baldin pez
ID Presented: school id
CHECKED BY:
TELLER NO. INITIALS:
APPROVED BY:

FEBTC No. GF-M-88    STOCK No. FORM 36-65

# WESTERN UNION

Customer Receipt / Recibo del Cliente                    www.westernunion.com

```
WE CASH #5                      Oper ID: 562 Money Transfer Send
4000 SONOMA BLVD #700           05/09/06        Envio de Dinero
VALLEJO CA 94589                105P PDT        MTCN: 798-037-2846
```

Sender/Remitente: FERNANDO PAZ
Receiver/Destinatario: JOSEFINA ALARCA PAZ

Available In/Disponible en: PHILIPPINES USD
Payout amount/Cantidad de pago: 300.00 US Dollar
Exchange Rate/Tipo de cambio:   1.0000000


Western Union Card Number / Numero de Tarjeta: 514622960
Total WU Card Points/Total puntos en tarjeta WU        : 15
Assigned WU Card Points/Puntos asignados a la tarjeta WU  : 5

```
                          Amount/Cantidad:    $  300.00
                          Charge(s)/Cargos:
                             Service/Servicio:    12.00
                                    Total:    $  312.00
```



YOU HAVE BEEN ENTERED FOR A CHANCE TO WIN $1 MILLION! Open to US
residents. No purchase necessary. Void where prohibited. Subject to
official rules-visit westernunion.com to view. Game open 4/1-6/30/06


Agent Signature /                          Customer Signature /
Firma del Agente                           Firma del Cliente

IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE
REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SER-
VICES YOU HAVE SELECTED ARE SET FORTH ON THE REVERSE SIDE. BY SIGNING THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS. IF
LISTED ABOVE, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE FOR YOUR TRANSACTION WERE DETERMINED AT THE TIME OF SEND. OTHERWISE,
THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. PROTECT YOURSELF FROM CONSUMER FRAUD. BE CAREFUL WHEN A
STRANGER ASKS YOU TO SEND MONEY.

ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA
EXTRANJERA. POR FAVOR LEA AL REVERSO MAS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. ALGUNOS TERMINOS Y CONDICIONES QUE RIGEN ESTA
TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA SELECCIONADO SE ESTABLECEN AL REVERSO. AL FIRMAR ESTE RECIBO USTED ACEPTA DICHOS TERMINOS
Y CONDICIONES. SI APARECEN MÁS ARRIBA, LA MONEDA DE PAGO Y LA TASA DE CAMBIO DE SU TRANSACCIÓN SE DETERMINARON EN EL MOMENTO DEL ENVIO.
SI NO, LA TASA DE CAMBIO SE ESTABLECERÁ CUANDO EL DESTINATARIO RECIBA EL DINERO. PROTÉJASE DE LAS ESTAFAS. TENGA CUIDADO CUANDO UN
DESCONOCIDO LE PIDA QUE ENVIE DINERO.

CONGRATULATIONS! YOU EARNED 5 (INT'L) OR 20 (US) MINUTES OF PHONE
TIME! To use your phone time until your Card arrives, dial
1-888-628-8862 and enter your personal Gold Card PIN: 462100040656

**M. LHUILLIER**
PHILIPPINES

## *To receive money*

**WESTERN UNION**

| | |
|---|---|
| W.U. Card No.: | Operator No:    919 |
| W.U. Card Assigned Points : | Date/Time:    02/07/2006 12:16:00 AM |
| W.U. Card Accrued Points : | Originating Cntry/City:    UNITED STATES/WALLE POO H |
| Receiver:    JOANNA FELIZA PAZ | |
| | MTCN:    695-608-2560 |
| Sender:    FERN~NDO PAZ | Amount Sent:    400.00 Currency :    US Dollar |
| | FX Rate:    1.0000000 |
| Physical Description | Amount Received:    400.00 Currency :    US Dollar |
| Message: | Tax:    0.00 |
| | **Total Received    400.00**    US Dollar |
| Test Question: | Payment Received    ☐ Cash    ☐ Check |
| | Check Number / Amount |
| Answer: | |
| ID: | |

Cash    0.00    US Dollar

**Receive Form**
**Formulaire de reception**
**Empfangsformular**

# MoneyGram

**PLEASE COMPLETE IN BLOCK CAPITALS**
**A REMPLIR EN CARACTÈRES D'IMPRIMERIE**
**BITTE IN DRUCKBUCHSTABEN AUSFÜLLEN**

**Reference number**
**Numéro de référence**
**Referenznummer**

Receiver's Name _____
Nom du bénéficiaire / Name des Empfängers

Address _____
(City, Town)
Adresse (ville) _____     Post Code _____
Adresse (Ort)                                   Code postal / PLZ

Telephone Number / Numéro de téléphone / Telefonnummer

(Home) _____   (Work) _____
(domicile) / (Privat)        (travail) / (Büro)

Sender's Name / Nom de l'expéditeur / Name des Absenders
_____

Receiver's Signature / Signature du bénéficiaire / Unterschrift des Empfängers
_____

Date _____
Date / Datum

---

**Agent use only / Réservé a l'agent / Von der Agentur auszufüllen**

MoneyGram℠ Operator ID Number
(Voice transaction only)
Numéro d'identification de l'opérateur MoneyGram℠
(transaction orale uniquement)
ID-Nr. des MoneyGram℠-Sachbearbeiters
(Nur bei telefonischen Transaktionen)

Authorisation Code
Code d'autorisation
Autorisierungscode

Office Name
Nom du bureau
Name des Büros

Amount Received
Montant reçu
Empfangener Betrag

Was a test question used/answered correctly     ☐ Yes  ☐ No
Utilisation d'une question test/réponse correcte    Oui    Non
Wurde eine Testfrage richtig beantwortet            Ja     Nein

Receiver's Identification (Type) _____
Pièce d'identité du bénéficiaire (type)
Ausweisdokument des Empfängers (Art)
(Number)
(Numéro)
(Nummer)

Date
Date
Datum

---

DISTRIBUTION : Top Copy - Agent  Bottom Copy - Customer  DISTRIBUTION : Exemplaire supérieur - Agent Exemplaire inférieur - Client  VERTEILUNG: Original: Agent  Durchschlag: Kunde
MoneyGram℠ may use the information provided on this form for the purpose of sending you further information about the services offered by MoneyGram℠. If you do not wish to receive such information, please tick this box. ☐
MoneyGram℠ peut utiliser les informations fournies sur ce formulaire afin de vous envoyer des informations supplémentaires au sujet des services offerts par MoneyGram℠. Si vous préférez ne pas recevoir de telles informations, veuillez cocher la case. ☐

**Receive Form**
**Formulaire de reception**
**Empfangsformular**

# MoneyGram

## PLEASE COMPLETE IN BLOCK CAPITALS
### A REMPLIR EN CARACTERES D'IMPRIMERIE
### BITTE IN DRUCKBUCHSTABEN AUSFÜLLEN

**Reference number**
Numéro de référence
Referenznummer
_0 8 2 1 3 9 7 2_

Receiver's Name _Jeannie Johnson Paz_
Nom du bénéficiaire / Name des Empfängers

Address _123 B St. Apt 51 92928 Oakle_
(City, Town)
Adresse (ville) _____ Post Code _410_
Adresse (Ort)                              Code postal / PLZ

Telephone Number / Numéro de téléphone / Telefonnummer

(Home) _____ (Work) _____
(domicile) / (Privat)          (travail) / (Büro)

Sender's Name / Nom de l'expéditeur / Name des Absenders
_Fernando Paz_

Receiver's Signature / Signature du bénéficiaire / Unterschrift des Empfängers
_Jeannie Johnson_

Date _07/8/2008_
Date / Datum

**Agent use only / Réservé a l'agent / Von der Agentur auszufüllen**

MoneyGram℠ Operator ID Number
(Voice transaction only)
Numéro d'identification de l'opérateur MoneyGram℠
(transaction orale uniquement)
ID-Nr. des MoneyGram℠-Sachbearbelters
(Nur bei telefonischen Transaktionen)

Authorisation Code
Code d'autorisation
Autorisierungscode

Office Name
Nom du bureau
Name des Büros

Amount Received
Montant reçu
Emplangener Betrag

Was a test question used/answered correctly  ☐ Yes ☐ No
Utilisation d'une question test/réponse correcte    Oui    Non
Wurde eine Testfrage richtig beantwortet           Ja     Nein

Receiver's identification (Type) _____
Pièce d'identité du bénéficiaire (type)
Ausweisdokument des Empfängers (Art)
(Number)
(Numéro)
(Nummer)

|  | Date |
|  | Date |
|  | Datum |



DISTRIBUTION : Top Copy - Agent  Bottom Copy - Customer   DISTRIBUTION: Exemplaire supérieur - Agent Exemplaire inférieur - Client   VERTEILUNG: Original: Agent Durchschlag: Kunde

MoneyGram℠ may use the information provided on this form for the purpose of sending you further information about the services offered by MoneyGram℠. If you do not wish to receive such information, please tick this box. ☐
MoneyGram℠ peut utiliser les informations fournies sur ce formulaire afin de vous envoyer des informations supplémentaires au sujet des services offerts par MoneyGram℠. Si vous préférez ne pas recevoir de telles informations, veuillez cocher la case. ☐
MoneyGram℠ behalt sich vor, Informationen dieses Ueberweisungsformulars fuer etwaige Informationsausendungen ueber MoneyGram℠ - Serviceleistungen zu verwenden. Sollten Sie nicht damit einverstanden sein, weitere Informationen zu
erhalten, kreuzen Sie bitte das Kaestchen an. ☐

# M LHUILLIER
## PHILIPPINES

# WESTERN UNION

*To receive money*

ACCOUNT NAME : ACQUIRING DIRECT 1111    Transaction Type :

W.U. Card No. :                              Operator No. :    547

W.U. Card Assigned Points :                  Date/Time :    05/20/2008 07:29:46 PM

W.U. Card Accrued Points :                   Originating Cntry/City :    UNITED STATES/VALLEJO CA

Receiver :   JOANNA FEHIZA ALARCA PAZ

                                             MTCN :    280-088-5584

Sender :    FERNANDO PAZ                     Amount Sent :             150.00 Currency :   US Dollar

                                             FX Rate :                 1.0000000

                                             Amount Received :         150.00 Currency :   US Dollar

Physical Description :                                                 0.00

Message :                                    Tax :

                                             Total Received :          150.00 US Dollar

                                             Payment Received    ☐ Cash    ☐ Check

Test Question :                              Check Number /
                                             Amount

Answer :

ID :

$150 X 52.30 = 7845

                              Cash         0.00              US Dollar



# To receive money

**WESTERN UNION MONEY TRANSFER®**
*The fastest way to receive money worldwide.*℠

Complete this portion of form and present with valid I.D.

## Receiver

First name(s): JOANNA FELISA ALARCA
First                    Middle

Last name: PAZ
Paternal                    Maternal

Address: 102 B SAW JOSE ST
Street

CAVITE TANZA 4108
City        Province/Country        Postal Code

Telephone no. (6057809)

## Sender

First name(s): FERNANDO
First                    Middle

Last name: PAZ
Paternal                    Maternal

Address:
Street                    Maternal

UTAH OGDEN
City        Province/Country        Postal Code

Telephone no. (        )

Amount expected: $ 300        Preferred Customer No.

City, state/province, country money sent from

Money Transfer Control No. (if available): 6613021050

Test Question                    Answer

Your signature _____

PAID NOV 2 4/2008

## DO NOT WRITE BELOW

Agency        Operator number

Date   /   /   Time

Identification

Type        Expiration

Number

Physical description        Eye color   Sex

Height        Hair color

Money Transfer Control Number

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|

Check number        Amount

Date filed   /   /

Originating city/country

Expected payout city/country

Test Question

Answer

Agent's signature

Customer's Copy



# To receive money

WESTERN UNION | MONEY TRANSFER®

*The fastest way to receive money worldwide.*SM

Complete this portion of form and present with valid I.D.

### Receiver

First name(s) | | | | | | | | | | | | | | | | | | | | | | | | |
First    Middle

Last name | | | | | | | | | | | | | | | | | | | | |
Paternal    Maternal

Address | | | | | | | | | | | | | | | | | | | | |
Street

| | | | | | | | | | | | | | | | | | | | |
City    Province/Country    Postal Code

Telephone no. (        )

### Sender

First name(s) | | | | | | | | | | | | | | | | | | | | | | | |
First    Middle

Last name | | | | | | | | | | | | | | | | |
Paternal    Maternal

PAID APR 30 2007

Address | | | | | | | | | | | | | | | | |
Street

| | | | | | | | | | | | | | | | | | | | |
City    Province/Country    Postal Code

Telephone no. (        )

Amount expected

Preferred Customer No.

City, state/province, country money sent from

Money Transfer Control No. (if available) | | | | | | | | | | |

Test Question                 Answer

Your signature _____

### DO NOT WRITE BELOW

| Agency | Operator number |

| Date / / Time |

| Identification |

| Type | Expiration |

| Number |

| Physical description | Eye color | Sex |
|  | Height | Hair color |

Money Transfer Control Number

| | | | | | | | | |

Check number           Amount

Date filed     /     /

Originating city/country

Expected payout city/country

Test Question

Answer

Agent's signature

Customer's Copy    No 76410

**PET NET**
MINUTES LANG ... WORLDWIDE NA!

# To receive money

**WESTERN UNION | MONEY TRANSFER®**
*The fastest way to receive money worldwide.*℠

Complete this portion of form and present with valid I.D.

**Receiver**

First name(s): JOANNA FELISA ABCA

First | Middle

Last name: ABA

Paternal | Maternal

Address: CAL STA JO C

Street

City: C N B CAV T E CE

City | Province/Country | Postal Code

Telephone no. (          )

**Sender**

First name(s): RANDO R S

First | Middle

Last name: PAID MAY 28 2001

Paternal | Maternal

Address:

Street

City | Province/Country | Postal Code

Telephone no. (          )

Amount expected | Preferred Customer No.

City, state/province, country money sent from

Money Transfer Control No. (if available)

Test Question | Answer

Your signature _____

Customer's Copy  N0  78497

**DO NOT WRITE BELOW**

Agency | Operator number

Date | Time

Identification

Type | Expiration

Number

Physical description | Eye color | Sex

Height | Hair color

Money Transfer Control Number

Check number | Amount

Date filed

Originating city/country

Expected payout city/country

Test Question

Answer

Agent's signature

**WESTERN UNION**          Customer Receipt / Recibo del Cliente          www.westernunion.com

VIVCS MEADOWS VIDEO                    Oper ID: JES Money Transfer Send
5154 SONOMA BLVD #230                  02/05/06      Envio de Dinero
VALLEJO CA 94589                       403P EST      MTCN: 685-508-2560

Sender/Remitente: FERNANDO PAZ
Receiver/Destinatario: JOANNA FELIZA PAZ

Available In/Disponible en: PHILIPPINES USD
Payout Amount/Cantidad de pago: 400.00 US Dollar
Exchange Rate/Tipo de cambio:  1.0000000


Western Union Card Number / Numero de Tarjeta: 514622960
Total WU Card Points/Total puntos en tarjeta WU       : 10
Assigned WU Card Points/Puntos asignados a la tarjeta WU  : 10


                              Amount/Cantidad:    $   400.00
                              Charge(s)/Cargos:
                                Service/Servicio:     12.00
                                Total/Total:        $  412.00


CONGRATULATIONS! YOU JUST ACTIVATED YOUR GOLD CARD REWARDS ACCOUNT! Your
Welcome Kit and Card will arrive in 4-5 weeks. Use your Gold Card to save
time on transactions AND earn phone time and valuable Reward Points!



**Agent Signature /**          JES          **Customer Signature /**    Fernando Paz
**Firma del Agente**                        **Firma del Cliente**

IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE REVERSE SIDE. BY SIGNING THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS. IF LISTED ABOVE, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE FOR YOUR TRANSACTION WERE DETERMINED AT THE TIME OF SEND. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. PROTECT YOURSELF FROM CONSUMER FRAUD. BE CAREFUL WHEN A STRANGER ASKS YOU TO SEND MONEY.

ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA EXTRANJERA. POR FAVOR LEA AL REVERSO MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. ALGUNOS TERMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA SELECCIONADO SE ESTABLECEN AL REVERSO. AL FIRMAR ESTE RECIBO USTED ACEPTA DICHOS TERMINOS Y CONDICIONES. SI APARECEN MAS ARRIBA, LA MONEDA DE PAGO Y LA TASA DE CAMBIO DE SU TRANSACCIÓN SE DETERMINARON EN EL MOMENTO DEL ENVIO. SI NO, LA TASA DE CAMBIO SE ESTABLECERÁ CUANDO EL DESTINATARIO RECIBA EL DINERO. PROTÉJASE DE LAS ESTAFAS. TENGA CUIDADO CUANDO UN DESCONOCIDO LE PIDA QUE ENVIE DINERO.

Exhibit E

Recycled    Stock # EXA-10-B




Nº 103475

**Department of Social Welfare & Development**
Batasa Complex, Constitution Hills, Quezon City

**OF TRAVEL ABROAD FOR A MINOR**

Pursuant to Article IV, Section 8 (a) of Republic Act 7610, the Department of Social Welfare and Development poses no objection to the travel

of _Ronald Feilian N. Paz_          born on _Aug. 18, 1983_
        (name of child)                        (date of birth)

of _#102 San Jose St., Tanza, Cavite_
                    (minor's address)

Minor is the son/daughter of _Mr. & Mrs. Florencio R. Paz_
                        (name of parents)

of _325 Ben Harrizon St., Pio Del Pilar, Makati City_
                (address of parents)

This certification is based on the favorable evaluation of the purpose of the minor's travel abroad who shall be under the care of his/ her duly authorized traveling companion referred to at the back of page.

**LINA B. LAIGO**
Secretary

CM No. _____
Date _May 15, 1998_

## 1st Travel

Minor is travelling with _Fernando B. Paz_
                              (name of companion)

of _Del Pilar, Makati City_ who is _Father_
   (address of travelling companion)        (relationship)

of the minor to _2470 B Ave., Ogden, Utah, USA_
                              (destination)

for purpose/s of _Immigrant_

                              (purpose of travel)

                              **CONSOLACION M. ARAFILES**
                              **REGIONAL DIRECTOR**
                              DSWD Region    IV
Date _May 15, 1998_           **ALABANG, MUNTINLUPA**

## 2nd Travel

Minor is travelling with _____
                              (name of travelling companion)

of _____ who is _____
   (address of family travelling companion)   (relationship)

of the minor to _____
                              (destination)

for purpose/s of _____

                              (purpose of travel)

                              Regional Field Director
                              DSWD Region _____

Date _____

Exhibit F

Recycled    Stock # EXA-10-B

REPUBLIC OF THE PHILIPPINES )
                             ) S.S.

## JOINT AFFIDAVIT

    WE, CORAZON TORRES and EDUARDO I. LUMUNSAD , both of legal age, Filipinos, and residents of #100 San Jose St., Tanza, Cavite , and #214 St. Anthony Subd. Pob. IV, Tanza, Cavite, after having been duly sworn to in accordance with law, hereby depose and say :

1. That we both know personally JOANNA FELISA ALARCA PAZ , as she is our friends and neighbors at Tanza, Cavite ;

2. That we know for a fact that JOANNA FELISA ALARCA PAZ was born out of lawful wedlock with Fernando Pabines Paz and Josefina Arcilla Alarca on August 8, 1983 at Andres Bonifacio Memorial Hospital, Trece Martires, City. ( Pls. see attached Certificate of Live Birth, Annex "A" hereof) ;

3. That we also know for a fact that FERNANDO PABINES PAZ continuously sending financial support to her daughter JOANNA FELISA ALARCA PAZ since 1999 when he left for abroad ;

4. That likewise we also know that her daughter JOANNA FELISA ALARCA PAZ is wholly dependent upon her father for support ;

5. That we are executing this joint affidavit to attest to the truth of the foregoing facts and for all other legal intents and purposes it may serve.

*Corazon Torres*
**CORAZON TORRES**
*Affiant*
CTC No. 01484616
*Issued at* Tanza, Cavite
*Issued on* May 22, 2006

*Eduardo Lumunsad*
**EDUARDO I. LUMUNSAD**
*Affiant*
CTC No. 01484670
*Issued at Tanza, Cavite*
*Issued on May 22, 2006*

    SUBSCRIBED AND SWORN to before me this **MAY 2 2 2006** day of May , 2006 affiants exhibited to me their Comm. Tax Cert. Nos., as indicated

Exhibit G

Recycled    Stock # EXA-10-B



DEAREST, JOANNA

...but, hopefully, not at one
of those restaurants
where all the waiters come out,
put a goofy hat on your head
and embarrass the heck
out of you
by singing ridiculous
birthday songs
in front of everyone.

Have a
happy birthday, anyway!

HAPPY, HAPPY, BIRTHDAY, I MISSED
YOU SO MUCH NA ANAK...! TSUPS /BUSS!
TAKE CARE CO2 ( DO LOVE & CARE FOR YOU
SO MUCH. /HAPPY, HAPPY, /B-DAY'S

LOT OF LOVE
DADDY

(DING DIAZ)

---

7-22-02

EAREST. JOANNA

How ARE you Now A DAYS ? HOPE
UR OKEY !!!! WITH THE BLESSING OF OUR
'MIGHTY GOD. As of me ay OKEY !!! PA RIN
RMAN AKO SA PUJAT TULONG NI "LORD" SIYA
' PALA ITONG MGA PICTURE KO AY KUHA
TO SA HARAP AT GARAHE NANG BAHAY NINA
TA EMMA MO i DO HOPE AND PRAY NA SANA
Y MAKAKATING KA RIN DITO. O PANO HANG
SY DITO NA LAMANG SEE YOU NA LAMANG SA NEXT
PIL TAKE CARE CO2 I CARE

LOVE
DADDY

AUG - 8, 2002

---

7-22-02

DEAREST, JOANNA

How are you now a days? Hope
'ur OKEY!!!. WITH THE BLESSING OF OUR
'MIGHTY GOD. As of me Ay OKEY !!! PA RIN
AMAN AKO SA AWAT TULONG NI 'LORD "SIYA
PALA ITONG MGA PICTURE KO AY KUHA
'TO SA AARAP AT GARAHE NING BAHAY NINA
TA EMMA MO I DO HOPE AND PRAY NA SANA
Y MAKAKATING KA NA RIN DITO. O PANO HANG
4 DITO NA LAMANG SEE YOU NA LAMANG SA NEXT
'PIL TAKE CARE COz I CARE

LOVE
DADDY

---

DEAREST, JOANNA

...but, hopefully, not at one
of those restaurants
where all the waiters come out,
put a goofy hat on your head
and embarrass the heck
out of you
by singing ridiculous
birthday songs
in front of everyone.

Have a
happy birthday, anyway!

HAPPY, HAPPY, BIRTHDAY, I MISSED
YOU SO MUCH NA ANAK !!! TSUP'S 1000X
TAKE CARE COz I DO LOVE & CARE FOR YOU
SO MUCH. HAPPY, HAPPY, /B-DAY's

LOT OF LOVE
DADDY

(DING-PAZ)

Global Air
Letter Post

TO: JOANNA A. PAZ
102-B SAN JOSE ST,
TANZA, CAVITE - 4108
PHILIPPINES

Global Air
Letter Post



$1.55

FROM: F. PAZ
2345 MONROE BLVD
OGDEN, UTAH - 84401
U.S.A.

VIA AIR MAIL -

TO: JOANNA FUENSCA PAZ
102-B, SAN JOSE ST
TANZA, CAVITE - 4108
PHILIPPINES









FERNANDO P.I
24 PANORAMA DRIVE APT. C
VALLEJO CA 94589
U.S.A.



0 84172 31451 6

89740

PO BOX 145485
CINCINNATI, OHIO 45237
PRINTED IN CANADA
©G.G.I.

U.S.A. $2.00
CANADA $2.50

200 G89740



Tender Thoughts ®

23 01J
E-51



For a Dear Daughter
AT GRADUATION

Griffith

AIR MAIL



AIR MAIL

FERNANDO P. PAZ
1356 SOUTH 300 WEST
BRIGHAM CITY UTAH - 84302
U.S.A.

VIA AIR MAIL

TO: GLORIA P. PAZ
102-B-SAN JOSE ST
TANZA, CAVITE-4108
PHILIPPINES

MAY 03, 00

Dear Joshua

Wishing you everything
that will make your future
especially happy...

because you're everything
that makes a daughter
especially loved.

Congratulations

ANNA Hope you can perfet your
Future succes in Life i Love
you & i missed you so much

Lots of Love
Dad







It's your birthday, and today you'll be the center of attention!

Tender Thoughts

Wolfgang Chinga and Photography
Clearwater Female
3060037

The Sixty Acre Company, Inc.
1460 The Queensway,
Toronto, Ontario M8Z 1S7
© AGC, Inc.
MADE IN U.S.A

275TEHM 54425-12K



A man is loved
when you fall he stands
but for how often
he is to help, comfort,
and reach.

© HALLMARK CARDS, INC.
PRINTED UNDER LICENSE
IN THE PHILIPPINES

*Hallmark*

www.hallmark.com

3550 FD 12-561-146
S.C. 69828



When I was younger,
those little sayings of yours
were simply the things
Dad always said.
I knew them by heart,
but I didn't always know
what they meant.
Now those words come back to me
with new meaning when
I least expect to think of them—
times full of gentle humor,
always full of plainspoken truth.

And, Dad, when they do,
I think of you and how
important you are in my life.
You've shared more
than your words
and your wisdom with me—
you've shared yourself.
And what a wonderful
blessing that is.

Happy Father's Day

2006

Love lots,
Jeannie

MAY 22, 2006

DADDY,

First of all i would like to thank you for everything that you've done to me. Napilit "F everything na ginawa ko. Hinde mo to iiwan sa mga pananlong kailangan ko ta! Hinde ko man maparita sya kung gaano kita kamahal, sobsa gusto ko malaman mo na sobrang mahal kita. Pagdating ni dacon (name ng baby ko) ituturo ko sa kanya kung gaano ka nya mahahin at sasabihin ko na nai tagti.) pa nya yung pagmamahal nya sya ke hindi ko mapakita sya sa ch.

Basta thank you tlaga sa lahat.

Love you so much.

Belated Happy Birthday!
. and
Advance Happy Father's Day.

MWAH!!!
GOD BLESS!

love,
Geanna

TAKE GOOD CARE OF YOUR
HEALTH! LOVE YOU!





AIR MAIL
PAR AVION

28.[illegible].70

DEAREST: JOANNA

BAGO ANG LAHAT AY PA KISS NA MUNA AKO SA INYO NI MOMMY HA!!! TSUP. TSUP. TSUP. TSUP. I LOVE & MISSED MISSED YOU BOTH NI MOMMY. KUMUSTA NA NGA PALA NGAYON ANAK? AYOS LANG BA? SANA NGA!!! ME NAMAN ETO UP TO NOW AY VERY VERY HOMESICK PA RIN AKO MASKI NA NAKA ISANG BUWAN NA KO - NGAYON DITO (OCT 27) KASI'Y TALAGANG IBANG-IBA TALAGA IYONG MAG-KAKASAMA ANG BUONG FAMILIA. SIYA NGA PALA THANK'S A LOT NGA PALA DITO SA SULAT MONG DATED PA LAST OCT 9 HA! ~~SANA NAMAN ANAK KUNG HINDI KA RIN LAMANG VERY BUSY EH~~ SULATAN MO LAMANG AKO LAGI NANG SA GANOON EH MEDYO MAWALA ANG PAGKA HOMESICK KO SA INYO NI MOMMY MO KAYA NGA TUWING GABI BAGO AKO MATULOG EH HINIHILING KO SA DIYOS NA SANAY TULUNGAN NIYA AKONG LABANAN ANG PAGKA HOMESICK KO. LALO NA NGAYONG WALA NANG TINDAHAN SI MOMMY SA PALENGKE KAYA NGA DI BA SINABI KO SAYO NOON NA HUWAG KA NANG HINGI NANG HINGI NANG PERA SA MOMMY MO AT TALAGANG WALA NANG KA PERA PERA SI MOMMY DI GAYA NOONG MAYROON PA SIYANG TINDAHAN SA PALENGKE. TSAKA LAGI MONG TUTULUNGAN SI MOMMY SA PAG-TITINDA NIYA HINDI IYONG PURO LARO NA LAMANG ANG INA-ATUPAG MO. SIYANGA PALA ANAK DI BA'T BUMILI KA KAMO NANG KALAPATI TSAKA ISDA O ANO KUMUSTA NA NGAYON ANG KALAPATI AT ISDA MO BUHAY PA BA?

O PANO ANAK BYE, BYE TIME NA MUNA AGAIN HA. HOPE TO SEE YOU ONCE MORE AGAIN SA NEXT MAIL ALWAYS TAKE CARE AT BE ALWAYS A GOOD GIRL I LOVE YOU SO MUCH ANAK TSUP. TSUP. TSUP. TSUP.

MUCH LOVE

DADDY

Just for You, *Daughter*

257

Fabriqué par / Manufactured by
Robinson Cartes de Souhaits inc.
Robinson Greeting Cards inc.
H3G 2H4

*Robinson*



C 98103 - 422

215 21620-4

6 22084 00215 4

U.S.A. $1.75
Canada $2.15
Imprimé au Canada
Printed in Canada

~ TO ~
U·S·A·

12 JUL
2001
UNITED STATES
POSTAL SERVICE
9140


AMOUNT
$1.55
00059036-05

Glob...

Global Air
Letter Post

To: JOANNA A. PAZ
102-B SAN Jose ST.
TANZA, CAVITE - 4108
PHILIPPINES

Global Air
Letter Post

U.S.A.

$1.55

8-8-01

DEAREST, JOANNA

Thinking of you
and all the things that make
you special.
Wishing you, with love,
all the things that
make you happy.

Happy Birthday!

TSUP 3x BIRTHDAY KISS KO SAYO

LOVE & MISSED YOU SO MUCH

YOUR DAD
DING PAZ





FORGET ME NOT

...*says it best*™





This comes
with hugs
and kisses
For a girl
who's sweet
and dear,
And it brings a wish
for happy times
To last you
through the year!

# Happy Birthday


















## PERSONAL DATA

Name _PAZ JOANNA FELISA A_ Sex _F_ Date of Birth _AUG. 08, 1983_ Place of Birth _TRECE MARTIREZ CITY_
     (Surname) (First) (Middle)

Address _102 B SAN JOSE ST. TANZA, CAVITE_

Parents:

Father _FERNANDO P. PAZ_ Occupation _DRIVER_    (✓) Living ( ) Not living

Mother _JOSEFINA A. ALARCA_ Occupation _HOUSEWIFE_    (✓) Living ( ) Not living

Address _102 B SAN JOSE ST. TANZA, CAVITE_