1  Jeffery R. Neubarth, Esq. CSB No. 176212
   Law Offices of Jeffery R. Neubarth, PC
2  6717 Mission Street, Suite E
   Daly City, CA 94014
3  Telephone: (650) 758-1300
   Facsimile: (650) 755-0986
4  Attorney for Petitioner
   Fernando Pabines Paz, and
5  Beneficiary Joanna Feliza Alarca Paz

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**, OAKLAND BRANCH

| | |
|---|---|
| FERNANDO PABINES PAZ, | ) Case File No: CV 08 2203 CW |
| | ) |
| Petitioner, | ) Immigration File No: |
| | ) A99-463-513 |
| | ) |
| JOANNA FELIZA ALARCA PAZ, | ) |
| | ) **NOTICE OF LODGING OF RECORD** |
| Beneficiary, | ) **OF PROCEEDING IN SUPPORT OF** |
| v. | ) **PETITION FOR REVIEW** |
| | ) |
| MICHAEL MUKASEY, Attorney General, | ) |
| | ) |
| Respondent. | ) |
| | ) |

    Fermando Pabines Paz, Petitioner, hereby lodges the Record of Proceeding in the underlying matter of the government's denial of his I-130 petition.

1

NOTICE OF LODGING OF RECORD IN RE PETITION FOR REVIEW
Case No: CV 08 2203 CW

Dated: May 1, 2008

        Respectfully submitted,

_____
Jeffery R. Neubarth, Esq.
Attorney for Petitioner
Fernando Pabines Paz, and
Beneficiary Joanna Feliza Alarca Paz

NOTICE OF LODGING OF RECORD IN RE PETITION FOR REVIEW
Case No: CV 08 2203 CW

PROOF OF SERVICE

STATE OF CALIFORNIA       )
COUNTY OF SAN MATEO       )

    I am a resident of the County of San Mateo, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 6717 Mission Street, Suite E, Daly City, CA 94014.

    On May ___2008, I served the following: (1) Notice of lodging of record of proceeding on the interested parties by placing a true copy of the above-described document(s) in an envelope and serving them my mail by depositing the envelope, postage fully prepaid, with the United States Postal Service or placed the envelope for collection and processing for mailing following this business's ordinary practice with which I am readily familiar.  On the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal service. I am aware that service is presumed invalid if postal cancellation date or postage meter date is more than one business day after date of deposit for mailing in affidavit.

Michael Mukasey
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0001

Thomas W. Hussey, Director
Office of Immigration Litigation
U.S. Department of Justice / Civil Division
Washington, D.C. 20004

Field Office Director
USCIS California Service Center/CSC
24000 Avila Road, Div. VII/CRU
Laguna Niguel, CA 92677

///

3

NOTICE OF LODGING OF RECORD IN RE PETITION FOR REVIEW
Case No: CV 08 2203 CW

1

2    I declare and certify under penalty of perjury of the laws
of the State of California and the United States of America that
3    the foregoing is true and correct, dated this ____th day of May,
2008, at Daly City, California.

4

5

6                                    _____
                                     Jeffery R. Neubarth
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                                    4

28    NOTICE OF LODGING OF RECORD IN RE PETITION FOR REVIEW
                    Case No: CV 08 2203 CW