IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FERNANDO P. PAZ,

       Petitioner,

  v.

MICHAEL MUKASEY,

       Respondent.
_____/

No. 08-02203 CW

PROCEDURAL ORDER
FOR IMMIGRATION
CASE

On April 29, 2008, Petitioner filed a Petition for Review.

IT IS HEREBY ORDERED:

1.  Respondent shall serve and file an answer within 60 days of receipt of service of the summons and complaint.

2.  Subject to paragraph 3 below, Petitioner may file a motion for summary judgment at any time permitted by the Federal Rules of Civil Procedure and this court's local rules, in which event Respondent may respond as permitted by the Federal Rules of Civil Procedure and this court's local rules.

3.  If Petitioner has not filed a motion for summary judgment within 90 days of filing the complaint, Respondent shall be the party who shall file a motion for summary judgment, and Respondent must serve and file that motion within 120 days of service of the complaint.

4.  Unless a motion pursuant to Federal Rule of Civil Procedure 56(f) is filed, Petitioner shall serve and file any opposition and/or counter-motion within 30 days of service of

Respondent's motion.

5. Respondent may serve and file a reply and/or opposition within 14 days of service of Petitioner's opposition or counter-motion.

6. If Petitioner filed a counter-motion, Petitioner may serve and file a reply within 14 days of service of Respondent's opposition.

7. For scheduling purposes, motions shall be noticed in accordance with Civil Local Rule 7-2. If a party wishes to have the court decide the matter on the briefs and without oral argument, a party may make that request pursuant to Civil Local Rules 7-1(b).

8. The case management conference, previously set for August 5, 2008, is vacated.

9. Petitioner shall serve copies of this Order at once on all parties to this action, and on any parties subsequently joined, in accordance with Fed. R. Civ. P. 4 and 5. Following service, Petitioner shall file a certificate of service with the Clerk of this Court.

Dated 7/15/08

CLAUDIA WILKEN
United States District Judge

2