1 | JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Chief, Civil Division
3 | EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102
  Telephone: (415) 436-6915
  FAX: (415) 436-6927

Attorneys for Respondent

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| FERNANDO P. PAZ, | ) | |
|---|---|---|
| | ) | No. C 08-2203 CW |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **STIPULATION TO A REVISED** |
| | ) | **BRIEFING SCHEDULE; and ORDER** |
| MICHAEL MUKASEY, | ) | |
| | ) | |
| Respondent. | ) | |

Petitioner, by and through his attorney of record, and Respondent, by and through his attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

1. Petitioner filed this action on April 29, 2008, seeking review of the United States Citizenship and Immigration Services' (USCIS) denial of his I-130 petition.

2. On July 15, 2008, this Court issued a procedural order, setting a briefing a briefing schedule.

3. In light of the fact that the United States Attorney's Office was not properly served with the petition for review or this Court's procedural order until September 4, 2008, the parties agree, subject to approval of the Court, to the following revised briefing schedule:

//

//

//

STIPULATION TO A REVISED BRIEFING SCHEDULE AND PROPOSED ORDER
C 08-2203 CW                                          1

| | | |
|---|---|---|
| 1 | Petitioner's Motion for Summary Judgment: | October 17, 2008 |
| 2 | Respondent's Opposition/Cross-Motion for Summary Judgment: | October 31, 2008 |
| 3 | Petitioner's Reply/Opposition: | November 14, 2008 |
| 4 | Respondent's Reply: | November 21, 2008 |

The parties do not believe that a hearing on the matter is necessary, but if the Court disagrees, the parties would suggest a hearing date of December 11, 2008, at 2:00 p.m.

Date: September 30, 2008                    Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

/s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Respondent

Date: September 30, 2008                    /s/
JEFFREY R. NEUBARTH
Attorney for Petitioner

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.  **No hearing will be held.**

Date: 10/2/08                    _____
CLAUDIA WILKEN
United States District Judge

STIPULATION TO A REVISED BRIEFING SCHEDULE AND PROPOSED ORDER
C 08-2203 CW                     2