JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6915
    FAX: (415) 436-6927

Attorneys for Respondent

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FERNANDO P. PAZ,<br>　　　　　Petitioner,<br>　　v.<br>MICHAEL MUKASEY,<br>　　　　　Respondent. | No. C 08-2203 CW<br><br>**STIPULATION TO HOLD BRIEFING SCHEDULE IN ABEYANCE; AND ORDER** |

The petitioner, by and through his attorney of record, and respondent, by and through his attorney of record, hereby stipulate, subject to approval of the Court, to hold the briefing schedule in abeyance in light of the following:

1. The petitioner, Fernando Paz, is a lawful permanent resident of the United States who filed an I-130 Petition for Alien Relative to classify his daughter, Joanna Feliza Alarca Paz, as the unmarried daughter of a lawful permanent resident under 8 U.S.C. § 1153(a)(2)(B).

2. The United States Citizenship and Immigration Services (USCIS) denied the I-130 petition on April 29, 2006, on the ground that the petitioner failed to establish that he had a bona fide parent-child relationship with his daughter.

3. The petitioner filed a notice of appeal with the Board of Immigration Appeals ("BIA") and attempted to submit additional evidence in support of his I-130 petition to the BIA.

4. The BIA affirmed the denial of the I-130 petition without opinion on November 30, 2006.

1    5. The BIA then denied a motion for reconsideration on June 19, 2007, stating that the record did not contain sufficient evidence of a bona fide parent-child relationship between the petitioner and the beneficiary, and that the BIA would not accept the evidence that was offered for the first time on appeal.

6. The petitioner seeks judicial review of the agency's denial of his I-130, on the ground that the denial is arbitrary, capricious, or an abuse of discretion, and is supported by substantial evidence.

7. On October 2, 2008, this Court signed the parties' stipulation to the following briefing schedule:

| | |
|---|---|
| Petitioner's Motion for Summary Judgment: | October 17, 2008 |
| Respondent's Opposition/Cross-Motion for Summary Judgment: | October 31, 2008 |
| Petitioner's Reply/Opposition: | November 14, 2008 |
| Respondent's Reply: | November 21, 2008 |

8. The petitioner has filed his motion for summary judgment and the respondent has filed his opposition/cross-motion for summary judgment.

9. After meeting and conferring, the parties have agreed to administratively resolve this case via the following fashion: (a) the petitioner will file a new I-130 petition with new filing fee; (b) the matter will receive a priority date of February 25, 2007; (c) the beneficiary will be in the Second Preference B category; and (d) barring any unforeseen circumstances, the new I-130 will be approved by USCIS.

10. When the matter is administratively resolved, the parties will file a stipulation to dismiss with each party to bear their own costs and fees.

11. In light of the fact that it appears this matter will soon be administratively resolved, the parties respectfully ask this Court to hold the briefing schedule in abeyance for a period of two months. If and when the matter is resolved in that period of time, the parties will file a stipulation to dismiss with each party to bear its own costs and fees. If, for some reason, the matter is not resolved in that period of time, the parties will file a joint status report within that two month period.

| | | |
|---|---|---|
| 1 | | |
| 2 | Date: November 12, 2008 | Respectfully submitted, |
| 3 | | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 4 | | |
| 5 | | /s/<br>EDWARD A. OLSEN |
| 6 | | Assistant United States Attorney<br>Attorneys for Respondent |
| 7 | | |
| 8 | | |
| 9 | Date: November 12, 2008 | /s/<br>JEFFREY R. NEUBARTH |
| 10 | | Attorney for Petitioner |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 11/17/08    _____Claudia Wilken_____
CLAUDIA WILKEN
United States District Judge

STIPULATION TO HOLD BRIEFING SCHEDULE IN ABEYANCE
C 08-2203 CW                              3