1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5  　　450 Golden Gate Avenue, Box 36055
   　　San Francisco, California 94102
6  　　Telephone: (415) 436-6915
   　　FAX: (415) 436-6927
7
   Attorneys for Respondent
8

9  　　　　　　　　　　　　UNITED STATES DISTRICT COURT

10 　　　　　　　　　　　　NORTHERN DISTRICT OF CALIFORNIA

11 　　　　　　　　　　　　　　　　OAKLAND DIVISION

12 FERNANDO P. PAZ,                        )
                                           ) No. C 08-2203 CW
13 　　　　　　Petitioner,                   )
                                           )
14 　　　v.                                 ) **STIPULATION TO DISMISS and**
                                           ) **ORDER**
15 MICHAEL MUKASEY,                        )
                                           )
16 　　　　　　Respondent.                   )
   ─────────────────────────────────────────)
17

18 　　　Petitioner, by and through his attorney of record, and Respondent, by and through his attorney

19 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

20 action without prejudice in light of the adjudication of Petitioner's I-130 petition.

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27

28
   Stipulation to Dismiss
   C 08-2203 CW                              1

1 | Each of the parties shall bear their own costs and fees.

2 | Date: January 12, 2009 — Respectfully submitted,

3 | JOSEPH P. RUSSONIELLO
United States Attorney

5 | /s/
6 | EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Respondent

9 | Date: January 12, 2009 — /s/
JEFFREY NEUBARTH
Attorneys for Petitioner

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 1/14/09

CLAUDIA WILKEN
United States District Judge

Stipulation to Dismiss
C 08-2203 CW                           2